In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00343-CV**
_____

**SAM-CONSTRUCTION SERVICES, LLC, Appellant**

**V.**

**MARICELA SALAZAR-LINARES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARTIN LINARES-SEGURA, Appellee**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. B190455-C**

**MEMORANDUM OPINION**

SAM-Construction Services, LLC, Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on December 21, 2022
Opinion Delivered December 22, 2022

Before Kreger, Horton and Johnson, JJ.